B6A (Official Form 6A) (12/07)

In re  **Francisco Sanchez, Jr.**                                    Case No.  **15-50125-rbk**_____
       **Ericka Lynn Sanchez**                                                      (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead: 8811 Oro Vista, San Antonio, TX 78224 | fee simple | C | $150,280.00 | $105,795.54 |
| | | Total: | **$150,280.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Francisco Sanchez, Jr.**                                     Case No.   **15-50125-rbk**
       **Ericka Lynn Sanchez**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | C | $60.00 |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - checking | C | $0.00 |
| | | San Antonio Credit Union - checking | C | $280.00 |
| | | San Antonio Credit Union - savings | C | $0.00 |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods | C | $1,300.00 |
| | | Table (PMSI: Famsa) | C | $250.00 |
| | | TV; Refrigerator (PMSI: Express Rent to Own) | C | $3,024.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | $800.00 |
| 7. Furs and jewelry. | | Jewelry; Watches | C | $120.00 |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Francisco Sanchez, Jr.**                                    Case No.  **15-50125-rbk**
     **Ericka Lynn Sanchez**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor's life insurance through work - Term | C | $1.00 |
| 10. Annuities.  Itemize and name each issuer. | | Joint Debtor's Social Security benefits | C | $1,039.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Debtor's TRS | C | $86,464.07 |
| | | 403(b) | C | $1,558.33 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Spotless Angel Cleaning Service Debtor is sole owner | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Francisco Sanchez, Jr.**          Case No. **15-50125-rbk**
   **Ericka Lynn Sanchez**                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Est. 2014 tax refund (based on last year's refund) | C | $6,016.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtor's pending wrongful termination claim<br>The listing of a value, or unknown value, which may appear as "0", and/or the listing of a dollar-limited exemption is not intended to limit or affect Debtor's potential recovery in this matter.<br>The full remaining 11 USC sec. 522(d)(5) exemption is also asserted even though the dollar amount is not listed. | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Francisco Sanchez, Jr.**        Case No. **15-50125-rbk**
**Ericka Lynn Sanchez**                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Dodge Dakota Club Cab | C | $1,767.00 |
| | | 2011 Ram 1500 Quad Cab SLT (Lienholder: Santander) | C | $19,037.50 |
| | | 2013 Chrysler 300 (Lienholder: Ally) | C | $22,575.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 4 Vacuums; 3 mops; 2 buckets; 2 brooms; 1 ladder; chemicals | C | $800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 Dogs | C | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Francisco Sanchez, Jr.**                                    Case No. **15-50125-rbk**
    **Ericka Lynn Sanchez**                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _____4_____ continuation sheets attached | **Total >** | **$145,091.90** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Francisco Sanchez, Jr.**      Case No. **15-50125-rbk**
**Ericka Lynn Sanchez**                         (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $155,675.*
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead: 8811 Oro Vista, San Antonio, TX 78224 | 11 U.S.C. § 522(d)(1) | $44,484.46 | $150,280.00 |
|  | 11 U.S.C. § 522(d)(5) | $0.00 |  |
| Cash on hand | 11 U.S.C. § 522(d)(5) | $60.00 | $60.00 |
| Bank of America - checking | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| San Antonio Credit Union - checking | 11 U.S.C. § 522(d)(5) | $280.00 | $280.00 |
| San Antonio Credit Union - savings | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Household goods | 11 U.S.C. § 522(d)(3) | $1,300.00 | $1,300.00 |
| Table (PMSI: Famsa) | 11 U.S.C. § 522(d)(3) | $0.00 | $250.00 |
| TV; Refrigerator (PMSI: Express Rent to Own) | 11 U.S.C. § 522(d)(3) | $0.00 | $3,024.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $800.00 | $800.00 |
| Jewelry; Watches | 11 U.S.C. § 522(d)(4) | $120.00 | $120.00 |
| Debtor's life insurance through work - Term | 11 U.S.C. § 522(d)(7) | 100% | $1.00 |
| Joint Debtor's Social Security benefits | 11 U.S.C. § 522(d)(10)(A) | 100% | $1,039.00 |
| Debtor's TRS | 11 U.S.C. § 522(d)(12) | 100% | $86,464.07 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $134,548.53 | $243,618.07 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Francisco Sanchez, Jr.**                    Case No.  **15-50125-rbk**
    **Ericka Lynn Sanchez**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 403(b) | 11 U.S.C. § 522(d)(12) | 100% | $1,558.33 |
| Spotless Angel Cleaning Service<br>Debtor is sole owner | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Est. 2014 tax refund (based on last year's refund) | 11 U.S.C. § 522(d)(5) | $3,575.54 | $6,016.00 |
| Debtor's pending wrongful termination claim | 11 U.S.C. § 522(d)(11)(E) | 100% | Unknown |
| The listing of a value, or unknown value, which may appear as "0", and/or the listing of a dollar-limited exemption is not intended to limit or affect Debtor's potential recovery in this matter. The full remaining 11 USC sec. 522(d)(5) exemption is also asserted even though the dollar amount is not listed. | 11 U.S.C. § 522(d)(5) | Unknown | |
| 1994 Dodge Dakota Club Cab | 11 U.S.C. § 522(d)(2) | $1,767.00 | $1,767.00 |
| 2011 Ram 1500 Quad Cab SLT<br>(Lienholder: Santander) | 11 U.S.C. § 522(d)(5) | $0.00 | $19,037.50 |
| 2013 Chrysler 300<br>(Lienholder: Ally) | 11 U.S.C. § 522(d)(2) | $0.00 | $22,575.00 |
| 4 Vacuums; 3 mops; 2 buckets; 2 brooms; 1 ladder; chemicals | 11 U.S.C. § 522(d)(6) | $800.00 | $800.00 |
| 3 Dogs | 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 |
| | | **$141,241.40** | **$295,371.90** |

B6D (Official Form 6D) (12/07)

In re **Francisco Sanchez, Jr.**      Case No. **15-50125-rbk**
       **Ericka Lynn Sanchez**                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx6232<br><br>**Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243** | | C | DATE INCURRED: **02/2013**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2013 Chrysler 300**<br>REMARKS:<br><br>VALUE: **$22,575.00** | | | | $23,823.00 | $1,248.00 |
| ACCT #: xxxxxxxx0350<br><br>**Bexar Co. Assessor/Collector<br>Albert Uresti, MPA<br>P.O. Box 839950<br>San Antonio, TX 78283-3950** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead: 8811 Oro Vista, San Antonio, TX 7822**<br>REMARKS:<br>**Escrowed**<br><br>VALUE: **$150,280.00** | | | | $3,397.54 | |
| ACCT #:<br><br>**Express Rent to Own<br>423 Sw Military Dr # 1<br>San Antonio, TX 78221** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**rental agreement**<br>COLLATERAL:<br>**TV; Refrigerator**<br>REMARKS:<br><br>VALUE: **$3,024.00** | | | | $3,024.00 | |
| ACCT #: xxxxxxxxxx9881<br><br>**Famsa Inc<br>Po Box 36929<br>Houston, TX 77236** | | C | DATE INCURRED: **08/2009**<br>NATURE OF LIEN:<br>**Installment Sales Contract**<br>COLLATERAL:<br>**Table**<br>REMARKS:<br><br>VALUE: **$250.00** | | | | $890.00 | $640.00 |

Subtotal (Total of this Page) >    **$31,134.54**    **$1,888.00**

Total (Use only on last page) >

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Francisco Sanchez, Jr.**    Case No. **15-50125-rbk**
**Ericka Lynn Sanchez**    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Nationstar Mortgage LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage Lien**<br>COLLATERAL:<br>**Homestead: 8811 Oro Vista, San Antonio, TX 7822**<br>REMARKS:<br><br>VALUE: **$150,280.00** | | | | **$97,798.00** | |
| ACCT #:<br><br>**Nationstar Mortgage LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead: 8811 Oro Vista, San Antonio, TX 7822**<br>REMARKS:<br>**Arrears through and including January 2015.**<br>VALUE: **$2,000.00** | | | | **$2,000.00** | |
| ACCT #:<br><br>**Owners Association Lago Vista**<br>**c/o Pro Comm**<br>**300 Sonterra Blvd., Ste. 250**<br>**San Antonio, TX 78258** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA Dues**<br>COLLATERAL:<br>**Homestead: 8811 Oro Vista, San Antonio, TX 7822**<br>REMARKS:<br>**Arrears through and including 2015.**<br>VALUE: **$150,280.00** | | | | **$4,600.00** | |
| ACCT #: **xxxxxxxxxxxx1000**<br><br>**Santander Consumer Usa**<br>**Po Box 961245**<br>**Ft Worth, TX 76161** | | C | DATE INCURRED: **07/2011**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2011 Ram 1500 Quad Cab SLT**<br>REMARKS:<br><br>VALUE: **$19,037.50** | | | | **$24,630.88** | **$5,593.38** |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$129,028.88** | **$5,593.38** |
| Total (Use only on last page) > | **$160,163.42** | **$7,481.38** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Francisco Sanchez, Jr.**                                    Case No. ___**15-50125-rbk**___
     **Ericka Lynn Sanchez**                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Francisco Sanchez, Jr.**                                            Case No.  __**15-50125-rbk**_____
       **Ericka Lynn Sanchez**                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Davis Law Firm** <br> **10500 Heritage Blvd., Ste. 102** <br> **San Antonio, TX 78216** | | C | DATE INCURRED: **01/08/2015** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $2,800.00 | $2,800.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $2,800.00 | $2,800.00 | $0.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,800.00 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,800.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Francisco Sanchez, Jr.**　　　　　　　　　　Case No.　**15-50125-rbk**
　　　**Ericka Lynn Sanchez**　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx2311**<br>**Ahesi/CitiMortgage Inc.**<br>**Attention: Bankruptcy**<br>**PO Box 79022 MS 322**<br>**St. Louis, MO 63179** | | C | DATE INCURRED:  **10/15/1999**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**ACCOUNT TRANSFERRED** | | | | **Notice Only** |
| ACCT #:<br>**Atlas Credit**<br>**1719 Southwest Military Drive**<br>**San Antonio, TX 78221** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | **$450.00** |
| ACCT #:  **2605**<br>**Auto Acct Sv**<br>**1127 Rayburn**<br>**San Antonio, TX 78221** | | C | DATE INCURRED:  **04/22/2009**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx5411**<br>**Bank of America**<br>**Attn: Correspondence Unit/CA6-919-02-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | C | DATE INCURRED:  **09/26/2006**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx6728**<br>**Bk Of Amer**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | C | DATE INCURRED:  **03/29/1995**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx1623**<br>**Business & Professional Services**<br>**621 N. Alamo St.**<br>**Attn: Bankruptcy**<br>**San Antonio, TX 78215** | | C | DATE INCURRED:  **07/2012**<br>CONSIDERATION:<br>**Collecting for -Greater SA ER Physicians**<br>REMARKS: | | | | **$65.00** |
| | | | | | Subtotal > | | **$515.00** |
| | | | | | Total > | | |

_____**8**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francisco Sanchez, Jr.**          Case No.  **15-50125-rbk**
       **Ericka Lynn Sanchez**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx1623**<br>**Business & Professional Services**<br>**621 N. Alamo St.**<br>**Attn: Bankruptcy**<br>**San Antonio, TX 78215** | | C | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Collecting for -Greater SA ER Physicians**<br>REMARKS: | | | | **$61.00** |
| ACCT #:  **xxxxxxxxxxxxx0640**<br>**Business & Professional Services**<br>**621 N. Alamo St.**<br>**Attn: Bankruptcy**<br>**San Antonio, TX 78215** | | C | DATE INCURRED:  **07/2012**<br>CONSIDERATION:<br>**Collecting for -Pahtology Associates of SA**<br>REMARKS: | | | | **$26.00** |
| ACCT #:<br>**Cavalry Investments**<br>**500 Summit Lake Drive, Ste. 400**<br>**Valhalla, NY 10595** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Sprint**<br>REMARKS: | | | | **$30.69** |
| ACCT #:  **xxxxxxxxxxxxxxxx3332**<br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy Ste 200**<br>**Brea, CA 92821** | | C | DATE INCURRED:  **03/2014**<br>CONSIDERATION:<br>**Collecting for -Mission Trail Baptist Hospital**<br>REMARKS: | | | | **$1,177.00** |
| ACCT #:  **xxxxx1931**<br>**Conns Credit Corp**<br>**Box 2358**<br>**Beaumont, TX 77704** | | C | DATE INCURRED:  **05/2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx0245**<br>**Consumer Portfolio Svc**<br>**Attn:Bankruptcy**<br>**19500 Jamboree Rd**<br>**Irvine, CA 92612** | | C | DATE INCURRED:  **10/2006**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____1_____ of _____8_____ continuation sheets attached to          Subtotal >          **$1,294.69**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Francisco Sanchez, Jr.**           Case No.   **15-50125-rbk**
        **Ericka Lynn Sanchez**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx5001**<br>**Credit Rcvry**<br>**Pob 1228**<br>**Mauldin, SC 29662** | | C | DATE INCURRED:  **01/13/2014**<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | **$1,173.00** |
| ACCT #:  **xxxxxxxx1501**<br>**Credit Rcvry**<br>**Pob 1228**<br>**Mauldin, SC 29662** | | C | DATE INCURRED:  **04/17/2013**<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | **$700.00** |
| ACCT #:  **xxxxxxxx1001**<br>**Credit Rcvry**<br>**Pob 1228**<br>**Mauldin, SC 29662** | | C | DATE INCURRED:  **09/11/2011**<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | **$452.00** |
| ACCT #:  **xxx3479**<br>**Datasearch**<br>**PO Box 461289**<br>**San Antonio, TX 78246** | | C | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Collecting for -SO TX Radiology Group**<br>REMARKS: | | | | **$69.00** |
| ACCT #:  **xxxxxxxxxxx0149**<br>**Dept Of Education/neln**<br>**Po Box 173904**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxxxxx0910**<br>**Dpt Ed/slm**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | C | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |

Sheet no. _____**2**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal >      **$2,394.00**

                                   Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Sanchez, Jr.**          Case No. **15-50125-rbk**
      **Ericka Lynn Sanchez**                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx1832<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:  **04/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Charge Off for $427 on 01/14**<br>**Account Closed By Grantor** | | | | $427.00 |
| ACCT #:  xxxx8621<br>**Great Plains Lending**<br>**7490 Us Highway 17**<br>**Red Rock, OK 74651** | | C | DATE INCURRED:  **04/15/2014**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Current Account** | | | | $438.00 |
| ACCT #:  xxxxxxxxxxx7722<br>**Lacks Furniture**<br>**1600 NE Loop 410 Suite 112**<br>**San Antonio, TX 78209** | | C | DATE INCURRED:  **04/19/2004**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Linebarger Goggan Blair**<br>**& Sampson LLP**<br>**711 Navarro, Suite 300**<br>**San Antonio TX  78205** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**NOTICE: Attorneys for Bexar County**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxx8597<br>**Loancare Servicing Ctr**<br>**Interstate Corporate Center**<br>**Norfolk, VA 23502** | | C | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxx0002<br>**Med Data Sys**<br>**2001 19th Ave Suite 312**<br>**Vero Beach, FL 32960** | | C | DATE INCURRED:  **01/2014**<br>CONSIDERATION:<br>**Collecting for -Southwest General Hospital**<br>REMARKS: | | | | $165.00 |

Sheet no. ____**3**____ of ____**8**____ continuation sheets attached to          Subtotal >          $1,030.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                  Total >
                                        (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                     Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francisco Sanchez, Jr.**
      **Ericka Lynn Sanchez**

Case No.   **15-50125-rbk**
          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx0130**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Collecting for -Bank of Americ**<br>REMARKS:<br>**Debtor has never had an account with the original creditor.** | | | X | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9001**<br>**Mitsubishi Motor Credi**<br>**MMCA**<br>**PO Box 4401**<br>**Bridgeton, MO 63044** | | C | DATE INCURRED:  **07/2001**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9614**<br>**Mmca/c1**<br>**PO Box 991817**<br>**Mobile, AL 36691** | | C | DATE INCURRED:  **07/2001**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxxxx1024**<br>**Navient**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | C | DATE INCURRED:  **10/2003**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$68,961.00** |
| ACCT #:  **xxxxxx4020**<br>**New Century Mortgage C/Carrington**<br>**1610 E. St. Andrew Place**<br>**B150**<br>**Santa Ana, CA 92705** | | C | DATE INCURRED:  **09/26/2006**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |
| ACCT #:  **xxxx0101**<br>**Peak5/Centrix Res Sys**<br>**Attn:Auto Portfolio Svcs Inc**<br>**PO Box 4097**<br>**Greenwood Village, CO 80155** | | C | DATE INCURRED:  **08/06/2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$68,961.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Sanchez, Jr.**                 Case No. **15-50125-rbk**
          **Ericka Lynn Sanchez**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxx9538**<br>**Pro Collect**<br>**12170 Abrams Rd Ste 100**<br>**Dallas, TX 75243** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Original Creditor Name: 01 FAMSA TX** | | | | **Notice Only** |
| ACCT #:<br>**Pulman Cappuccio Pullen & Benson, LLP**<br>**2161 NW Military Hwy, Suite 400**<br>**San Antonio, TX 78213** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for -Owners Association of Largo Vista In**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxx3301**<br>**Regional Fin**<br>**1121 Sw Military D**<br>**San Antonio, TX 78221** | | C | DATE INCURRED: **09/11/2011**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**ACCOUNT TRANSFERRED** | | | | **Notice Only** |
| ACCT #:<br>**Regional Management Corp.**<br>**P.O. Box 776**<br>**Mauldin, SC 29662** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | **$730.91** |
| ACCT #: **xxxx2735**<br>**Rise**<br>**4150 International**<br>**Fort Worth, TX 76109** | | C | DATE INCURRED: **08/11/2014**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Current Account** | | | | **$415.00** |
| ACCT #: **xxxxxxxxx0465**<br>**Select Portfolio Servicing**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | | C | DATE INCURRED: **09/2006**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Foreclosure** | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to             Subtotal >        **$1,145.91**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francisco Sanchez, Jr.**　　　　　　　　　　Case No.　**15-50125-rbk**
　　　　**Ericka Lynn Sanchez**　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxxx0910<br>**Slm Financial Corp**<br>**Po Box 9500**<br>**Wilkes-barre, PA 18773** | | C | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**Transferred** | | | | **Notice Only** |
| ACCT #:  xxxx6391<br>**Sst/cudcpbl**<br>**Attn:Bankruptcy**<br>**PO Box 3999**<br>**St. Joseph, MO 64503** | | C | DATE INCURRED:  **08/06/2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxx1056<br>**Syncb/mervyns**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | C | DATE INCURRED:  **03/1997**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx0918<br>**Tam/spearsdh**<br>**4115 Medical Drive**<br>**San Antonio, TX 78229** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -IBC**<br>REMARKS: | | | | $291.00 |
| ACCT #:  xxx9668<br>**U S Dept Of Ed/fisl/at**<br>**Attn: Bankruptcy**<br>**61 Forsythe St Room 19T89**<br>**Atlanta, GA 30303** | | C | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxZ001<br>**Western Shamrock Corporation**<br>**Attention:  Bankruptcy**<br>**801 S Abe St.  Ste, 2A**<br>**San Angelo, TX 76903** | | C | DATE INCURRED:  **12/22/2004**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**ACCOUNT TRANSFERRED** | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to　　　　Subtotal >　　**$291.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Sanchez, Jr.**
**Ericka Lynn Sanchez**

Case No. **15-50125-rbk**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x8282**<br>**Worth Financ**<br>**11671 Jollyville R**<br>**Austin, TX 78759** | | C | DATE INCURRED:  **11/22/2011**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Staff-Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Attorney**<br>**Taxpayer Division**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, TX  78216-5512** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Attorney**<br>**Vet.Admin./Fed. Housing Admin.**<br>**601 N.W. Loop 410,  Suite 600**<br>**San Antonio, TX  78216-5512** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Attorney**<br>**601 N. W. Loop 410, Ste. 600**<br>**San Antonio, TX 78216** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20530** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. _____**7**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Sanchez, Jr.**              Case No.  **15-50125-rbk**
       **Ericka Lynn Sanchez**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Trustee**<br>**615 E. Houston, Suite 533**<br>**San Antonio, TX 78205** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**VA Regional Office**<br>**Office of District Counsel**<br>**2515 Murworth Drive**<br>**Houston, TX  77054** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**8**_____ of _____**8**_____ continuation sheets attached to            **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            **Total >**    **$75,631.60**
          **(Use only on last page of the completed Schedule F.)**
     **(Report also on Summary of Schedules and, if applicable, on the**
      **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Francisco Sanchez, Jr.**
     **Ericka Lynn Sanchez**

Case No.   **15-50125-rbk**
            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Francisco Sanchez, Jr.**           Case No.   **15-50125-rbk**
        **Ericka Lynn Sanchez**                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Francisco** | **Sanchez, Jr.** |
| | First Name  Middle Name | Last Name |
| Debtor 2 | **Ericka** | **Lynn** **Sanchez** |
| (Spouse, if filing) | First Name  Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | **15-50125-rbk** | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | **IT Project Manager** | **Disabled** |
| **Employer's name** | | **Texas A&M University San Antonio** | |
| **Employer's address** | | **One University Way**<br>Number  Street | Number  Street |
| | | **San Antonio**  **TX**  **78224**<br>City  State  Zip Code | City  State  Zip Code |
| **How long employed there?** | | **13 years** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$6,098.34** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$6,098.34** | **$0.00** |

Debtor 1  **Francisco**                               **Sanchez, Jr.**                    Case number (if known)  **15-50125-rbk**
    First Name      Middle Name      Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ...................................................... ➔ | 4. | $6,098.34 | $0.00 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $815.95 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $408.59 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $100.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $392.03 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify:  See continuation sheet | 5h.+ | $324.75 | $0.00 |
| 6. | Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $2,041.32 | $0.00 |
| 7. | Calculate total monthly take-home pay.  Subtract line 6 from line 4. | 7. | $4,057.02 | $0.00 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $74.74 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $1,039.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify:  SS income from children | 8h.+ | $0.00 | $444.00 |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $74.74 | $1,483.00 |
| 10. | Calculate monthly income.  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,131.76 + | $1,483.00 = | $5,614.76 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.  12.  $5,614.76

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.  | None.
☐ Yes. Explain: |

Debtor 1  **Francisco** _____ **Sanchez, Jr.** _____  Case number (if known)  **15-50125-rbk** _____
   First Name   Middle Name   Last Name

**1.** **Additional Employers** **Debtor 1**     **Debtor 2 or non-filing spouse**

  **Occupation**    **Adjunct Professor** _____  _____

  **Employer's name**  **Alamo College** _____  _____

  **Employer's address** **1400 W. Villarett** _____  _____

            _____  _____

            **San Antonio** _____ **TX** __ **78224** ___  _____
            City    State Zip Code   City      State  Zip Code

  **How long employed there?** **2 years** _____  _____

| **5h.** **Other Payroll Deductions (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| Dental/Vision | $77.62 | $0.00 |
| Medical Spending | $208.33 | $0.00 |
| Life | $1.37 | $0.00 |
| AD&D/LTD | $22.43 | $0.00 |
| United Way | $15.00 | $0.00 |
| Totals: | $324.75 | $0.00 |

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Debtor 1)

### Spotless Angel Cleaning Services

**Gross Monthly Income:** $647.22

| Expense | Category | Amount |
|---|---|---|
| Contract Labor | Labor | **$33.67** |
| Supplies | Supplies | **$53.72** |
| Phone | Telephone | **$60.44** |
| Travel | Transportation | **$32.83** |
| Advertising | Advertising | **$228.67** |
| Answering Specialists | Anwering Service & Schedu | **$73.63** |
| Liability | Insurance | **$81.20** |
| Bonded | Insurance | **$8.33** |

**Total Monthly Expenses** $572.49

**Net Monthly Income:** $74.73

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Francisco** | **Sanchez, Jr.** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Ericka** | **Lynn** | **Sanchez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **15-50125-rbk**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes.  **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes.  Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes.  Fill out this information for each dependent.................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ☐ No  ☑ Yes |
| **Son** | **14** | ☐ No  ☑ Yes |
| **Daughter** | **11** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,403.00** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | _____ |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$30.00** |

Debtor 1  **Francisco**               **Sanchez, Jr.**          Case number (if known)  **15-50125-rbk**

First Name      Middle Name       Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$275.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$60.76** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services     (See continuation sheet(s) for details) | 6c. | **$180.00** |
| | 6d. Other. Specify: __Cell Phone__ | 6d. | **$300.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$901.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning**     (See continuation sheet(s) for details) | 9. | **$115.00** |
| 10. | **Personal care products and services** | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | 11. | **$107.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$253.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: **Student loans** | 17c. | **$400.00** |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

Debtor 1  **Francisco** _____ _____ **Sanchez, Jr.** _____  Case number (if known)  **15-50125-rbk**

　　　　　First Name　　　　　　Middle Name　　　　　Last Name

**21. Other.**  Specify: _____  21.  **+** _____

**22. Your monthly expenses.**  Add lines 4 through 21.
The result is your monthly expenses.  22.  _____ **$4,374.76**

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.  23a.  _____ **$5,614.76**

23b.  Copy your monthly expenses from line 22 above.  23b.  **–** _____ **$4,374.76**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.  23c.  _____ **$1,240.00**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
    **None.**

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

6c.  **Telephone, cell phone, Internet, satellite, and cable services (details):**

| | |
|---|---|
| **Cable** | **$85.00** |
| **Internet** | **$45.00** |
| **Home phone** | **$50.00** |
| **Total:** | **$180.00** |

9.  **Clothing, laundry, and dry cleaning (details):**

| | |
|---|---|
| **Clothing** | **$75.00** |
| **Laundry/Dry Cleaning** | **$40.00** |
| **Total:** | **$115.00** |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Francisco Sanchez, Jr.**                    Case No.    **15-50125-rbk**
**Ericka Lynn Sanchez**

                                                    Chapter     **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $150,280.00 | | |
| B - Personal Property | Yes | 5 | $145,091.90 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $160,163.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $75,631.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $5,614.76 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $4,374.76 |
| TOTAL | | 31 | $295,371.90 | $238,595.02 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  **Francisco Sanchez, Jr.**                                    Case No.    **15-50125-rbk**
        **Ericka Lynn Sanchez**

                                                                    Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$68,961.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$68,961.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$5,614.76** |
| Average Expenses (from Schedule J, Line 22) | **$4,374.76** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$8,287.71** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$7,481.38** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,800.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$75,631.60** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$83,112.98** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Francisco Sanchez, Jr.**                                    Case No.  <u>**15-50125-rbk**</u>
       **Ericka Lynn Sanchez**                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date <u>**1/28/2015**</u>                          Signature  <u>**/s/ Francisco Sanchez, Jr.**</u>
                                                              ***Francisco Sanchez, Jr.***

Date <u>**1/28/2015**</u>                          Signature  <u>**/s/ Ericka Lynn Sanchez**</u>
                                                              ***Ericka Lynn Sanchez***
                                             [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **Francisco Sanchez, Jr.**                     Case No.  **15-50125-rbk**
        **Ericka Lynn Sanchez**                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,057.02 | 2015 Debtor's est. YTD gross wages. |
| $97,992.55 | 2014 Debtor's est. gross wages. |
| $95,138.00 | 2013 Reported gross wages from joint filing. |
| $0.00 | 2013 Reported business income.  Gross business income was $4,290.00. |
| $7,766.68 | 2014 Debtor's est. gross buisness income. |

---

None ☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,039.00 | 2015 Joint Debtor's YTD Social Security benefits. |
| $12,252.00 | 2014 Joint Debtor's est. Social security benefits. |
| $11,901.75 | 2013 Joint Debtor's est. Social Security benefits. |
| $444.00 | 2015 Children's YTD Social Security benefits. |
| $5,256.00 | 2014 Children's est. Social Secuirty benefits. |
| $5,177.16 | 2013 Children's est. Social Security benefits. |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | October 2014 | $556.00 | $23,823.00 |
| Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067 | November 2014 and December 2014 | $2,806.00 | $97,798.00 |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:   **Francisco Sanchez, Jr.**                                          Case No.   **15-50125-rbk**
        **Ericka Lynn Sanchez**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Navient**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | **Monthly**<br>**(90 days)** | **$1,200.00** | **$68,961.00** |
| **Santander Consumer Usa**<br>**Po Box 961245**<br>**Ft Worth, TX 76161** | **October 2014** | **$696.00** | **$22,918.00** |

None ☑  b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑  c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Owners Association of Lago Vista Inc. vs. Francisco Sanchez Et Al No. 2014-CI-18372** | **Suit against debt** | **In the District Court, 407th Judicial District, Bexar County, Texas** | **Pending** |

None ☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Select Portfolio Servicing Inc.** | **August/September 2014** | **339 Cantrell San Antonio, TX 78221 $40,880.00** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  Francisco Sanchez, Jr.                                      Case No.  **15-50125-rbk**
Ericka Lynn Sanchez                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Davis Law Firm 10500 Heritage Blvd., Ste. 102 San Antonio, TX 78216 | 01/08/2015 | $400.00 |
| Cricket Debt Counseling | 01/08/2015 | $36.00 |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Francisco Sanchez, Jr.**                          Case No.  **15-50125-rbk** _____
          **Ericka Lynn Sanchez**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Francisco Sanchez, Jr.**                              Case No.  **15-50125-rbk**
        **Ericka Lynn Sanchez**                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☐

## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Spotless Angel Cleaning Service**<br>**8811 Oro Vista**<br>**San Antonio, TX 78224**<br>**46-3665682** | **Cleaning service** | **2012 to present** |

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None ☑

## 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑  b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: Francisco Sanchez, Jr.                    Case No. __15-50125-rbk_____
        Ericka Lynn Sanchez                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None
☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Francisco Sanchez, Jr.**                          Case No.  __15-50125-rbk_____
       **Ericka Lynn Sanchez**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __1/28/2015_____          Signature ___/s/ Francisco Sanchez, Jr._____
                                       of Debtor      *Francisco Sanchez, Jr.*

Date __1/28/2015_____          Signature ___/s/ Ericka Lynn Sanchez_____
                                       of Joint Debtor   *Ericka Lynn Sanchez*
                                       (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Francisco Sanchez, Jr.**  
**Ericka Lynn Sanchez**

CASE NO   **15-50125-rbk**

CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,200.00** |
| Prior to the filing of this statement I have received: | **$400.00** |
| Balance Due: | **$2,800.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **1/28/2015** | **/s/ Jeffrey R. Davis** |
|---|---|
| *Date* | *Jeffrey R. Davis*          Bar No.  05508350 |
| | Davis Law Firm |
| | 10500 Heritage Blvd., Ste. 102 |
| | San Antonio, TX 78216 |
| | Phone: (210) 734-3599 / Fax: (210) 348-6318 |

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Francisco Sanchez, Jr.**
**Ericka Lynn Sanchez**

CASE NO  **15-50125-rbk**

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $150,280.00 | $105,795.54 | $44,484.46 | $44,484.46 | $0.00 |
| 1. | Cash on hand. | $60.00 | $0.00 | $60.00 | $60.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $280.00 | $0.00 | $280.00 | $280.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $4,574.00 | $3,914.00 | $1,300.00 | $1,300.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $800.00 | $0.00 | $800.00 | $800.00 | $0.00 |
| 7. | Furs and jewelry. | $120.00 | $0.00 | $120.00 | $120.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 10. | Annuities. | $1,039.00 | $0.00 | $1,039.00 | $1,039.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $88,022.40 | $1,008.00 | $87,014.40 | $87,014.40 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $6,016.00 | $0.00 | $6,016.00 | $3,575.54 | $2,440.46 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Francisco Sanchez, Jr.**
        **Ericka Lynn Sanchez**

CASE NO  **15-50125-rbk**

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $43,379.50 | $48,453.88 | $1,767.00 | $1,767.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $800.00 | $0.00 | $800.00 | $800.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$295,371.90** | **$159,171.42** | **$143,681.86** | **$141,241.40** | **$2,440.46** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Francisco Sanchez, Jr.**
**Ericka Lynn Sanchez**

CASE NO   **15-50125-rbk**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

|  |  |  |  |
|---|---|---|---|
| Est. 2014 tax refund (based on last year's refund) | $6,016.00 | $6,016.00 | $2,440.46 |
| **TOTALS:** | **$6,016.00** | **$0.00** | **$6,016.00** | **$2,440.46** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$295,371.90** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$295,371.90** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$159,171.42** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$159,171.42** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$143,681.86** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$143,681.86** |
| J.  Total Exemptions Claimed          (Wild Card Used: $3,915.54, Available: $0.00) | **$141,241.40** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$2,440.46** |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

| **Fill in this information to identify your case:** | | **Check as directed in lines 17 and 21:** |
|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | **Francisco**      **Sanchez, Jr.** | According to the calculations required by this Statement: |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | **Ericka**  **Lynn**  **Sanchez** | ☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3). |
| (Spouse, if filing) | First Name      Middle Name      Last Name | ☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | |
| | | ☐ 3. The commitment period is 3 years. |
| Case number (if known) | **15-50125-rbk** | ☑ 4. The commitment period is 5 years. |

☐ Check if this is an amended filing

## Official Form 22C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Average Monthly Income** |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $7,977.34 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $800.89 | | |
| Ordinary and necessary operating expenses | − $490.52 | Copy | |
| Net monthly income from a business, profession, or farm | $310.37 | here → | $310.37 | $0.00 |

6. **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | − $0.00 | Copy | |
| Net monthly income from rental or other real property | $0.00 | here → | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) **15-50125-rbk** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................↓

| For you................................................................... | $0.00 |
|---|---|
| For your spouse........................................................ | $0.00 |

| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $0.00 | $0.00 |
|---|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    _____  _____

10b. _____    _____  _____

10c. Total amounts from separate pages, if any.    + _____  + _____

11. **Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $8,287.71 | + | $0.00 | = | $8,287.71 |
|---|---|---|---|---|
| | | | | Total average<br>monthly income |

## Part 2:    Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** ........................................................................................ $8,287.71

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☑ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____    _____

13b. _____    _____

13c. _____ +  _____

13d. Total............................................................................ $0.00    Copy here........➔....... 13d. — $0.00

14. **Your current monthly income.** Subtract line 13d from line 12.    14. $8,287.71

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➔ ................................................................................................................... 15a. $8,287.71

Multiply line 15a by 12 (the number of months in a year).    X    12

15b. The result is your current monthly income for the year for this part of the form.    15b. $99,452.52

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **Texas**

16b. Fill in the number of people in your household. **5**

16c. Fill in the median family income for your state and size of household................................................... 16c. **$78,924.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Disposable Income (Official Form 22C-2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18. Copy your total average monthly income from line 11.** ........................................................................ 18. **$8,287.71**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a. 19a. **– $0.00**

**Subtract line 19a from line 18.** 19b. **$8,287.71**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ........................................................................................................................ 20a. **$8,287.71**

    Multiply by 12 (the number of months in a year). **X 12**

20b. The result is your current monthly income for the year for this part of the form. 20b. **$99,452.52**

20c. Copy the median family income for your state and size of household from line 16c. ......................... 20c. **$78,924.00**

**21. How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Francisco Sanchez, Jr.**      **X /s/ Ericka Lynn Sanchez**
    Francisco Sanchez, Jr.                Ericka Lynn Sanchez

Date **1/28/2015**               Date **1/28/2015**
    MM / DD / YYYY                   MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Francisco** | **Sanchez, Jr.** |
| | First Name  Middle Name | Last Name |
| Debtor 2 | **Ericka** | **Lynn** | **Sanchez** |
| (Spouse, if filing) First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **15-50125-rbk** | |

☐ Check if this is an amended filing

Official Form 22C-2

## Chapter 13 Calculation of Your Disposable Income                                                    12/14

To fill out this form, you will need your completed copy of Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 22C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Deductions from Your Income** |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income.**
   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   | **5** |
   |---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                                        **$1,780.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| **People who are under 65 years of age** | | |
|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | **$60.00** |
| 7b. | Number of people who are under 65 | X  **5** |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | **$300.00** Copy line 7c here → **$300.00** |
| **People who are 65 years of age or older** | | |
| 7d. | Out-of-pocket health care allowance per person | **$144.00** |
| 7e. | Number of people who are 65 or older | X |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | **$0.00** Copy line 7f here → + **$0.00** |
| 7g. | **Total.** Add lines 7c and 7f. | **$300.00** Copy total here → 7g. **$300.00** |

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) **15-50125-rbk** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- Housing and utilities -- Insurance and operating expenses
- Housing and utilities -- Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities -- Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.          $574.00

9. **Housing and utilities -- Mortgage or rent expenses:**

 9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.          $1,272.00

 9b. Total average monthly payment for all mortgages and other debts secured by your home.

 To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Nationstar Mortgage LLC** | **$1,403.00** |
| _____ | _____ |
| _____ + | _____ |

 9b. Total average monthly payment   $1,403.00  Copy line 9b here ➔   − $1,403.00   Repeat this amount on line 33a.

 9c. Net mortgage or rent expense.

 Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.   $0.00  Copy line 9c here ➔   $0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**          _____

 Explain why: _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

 ☐ 0. Go to line 14.

 ☐ 1. Go to line 12.

 ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.          $488.00

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below.  You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**        **Describe Vehicle 1:**  **2013 Chrysler 300**

13a. Ownership or leasing costs using IRS Local Standard                    13a.    **$517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Ally Financial** | **$556.00** |

Copy 13b here ➡ — **$556.00**        Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
    Subtract line 13b from line 13a.  If this amount is less than $0, enter $0.        13c.    **$0.00**        **Copy net Vehicle 1 expense here** ➡        **$0.00**

**Vehicle 2**        **Describe Vehicle 2:**  **2011 Ram 1500 Quad Cab SLT**

13d. Ownership or leasing costs using IRS Local Standard                    13d.    **$517.00**

13e. Average monthly payment for all debts secured by Vehicle 2.  Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Santander Consumer Usa** | **$696.00** |

Copy here ➡ — **$696.00**        Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense.
    Subtract line 13e from line 13d.  If this amount is less than $0, enter $0.        13f.    **$0.00**        **Copy net Vehicle 2 expense here** ➡        **$0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.        **$0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for Public Transportation.        **$0.00**

**Other Necessary Expenses**        In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes.  You may include the monthly amount withheld from your pay for these taxes.  However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.        **$1,174.45**

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) __**15-50125-rbk**__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**17. Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.     **$3.48**

**18. Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.     **$6.17**

**19. Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.     **$0.00**

**20. Education:** The total monthly amount that you pay for education that is either required:
- as a condition for your job, or
- for your physically or mentally challenged dependent child if no public education is available for similar services.     **$0.00**

**21. Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.     **$0.00**

**22. Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.     **$0.00**

**23. Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted.     + **$75.00**

**24. Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.     **$4,401.10**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
|---|---|

**25. Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | **$448.34** | |
|---|---|---|
| Disability insurance | **$17.20** | |
| Health savings account | + **$208.33** | |
| Total | **$673.87** | Copy total here ➔ ................................................. **$673.87** |

Do you actually spend this total amount?
- ☐ No. How much do you actually spend? _____
- ☑ Yes

**26. Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.     **$0.00**

**27. Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential.     **$0.00**

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) **15-50125-rbk** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**28. Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

**29. Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school. | **$0.00**

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

**30. Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

**31. Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4). | **$27.78**

Do not include any amount more than 15% of your gross monthly income.

**32. Add all of the additional expense deductions.** | **$701.65**
Add lines 25 though 31.

## Deductions for Debt Payment

**33. For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Average monthly payment**

**Mortgages on your home**

33a. Copy line 9b here..................................➔ | **$1,403.00**

**Loans on your first two vehicles**

33b. Copy line 13b here.................................➔ | **$556.00**

33c. Copy line 13e here.................................➔ | **$696.00**

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. **Bexar Co. Assessor/Collecto** | **Homestead: 8811 Oro Vista,** | ☑ No ☐ Yes | **$284.00** |
| 33e. **Express Rent to Own** | **TV; Refrigerator** | ☑ No ☐ Yes | **$144.00** |
| 33f. **Famsa Inc** **(See continuation page.)** | **Table** | ☑ No ☐ Yes | + **$110.00** |

33f. Total average monthly payment. Add lines 33a through 33f...................... | **$3,269.67** | Copy total here ➔ | **$3,269.67**

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**34.  Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.  Go to line 35.

☑ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).  Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount | |
|---|---|---|---|---|---|
| **Nationstar Mortgage LLC** | **Homestead: 8811 Oro Vista** | **$2,000.00** | ÷ 60 = | **$33.33** | |
| | | | ÷ 60 = | | |
| | | | ÷ 60 = **+** | | |
| | | Total | | **$33.33** | Copy total here ➔ **$33.33** |

**35.  Do you owe any priority claims such as a priority tax, child support, or alimony -- that are past due as of the filing date of your bankruptcy case?**
11 U.S.C. § 507.

☐ No.  Go to line 36.

☑ Yes.  Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims..................................  **$2,800.00**  ÷ 60 =  **$46.67**

**36.  Projected monthly Chapter 13 plan payment**  **$1,240.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

X  _____ **9.9** %

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense  **$122.76**  Copy total here ➔ **$122.76**

**37.  Add all of the deductions for debt payment.**
Add lines 33g through 36.  **$3,472.43**

**Total Deductions from Income**

**38.  Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*...................  **$4,401.10**

Copy line 32, *All of the additional expense deductions*..................................  **$701.65**

Copy line 37, *All of the deductions for debt payment*...................................  **+ $3,472.43**

Total deductions  **$8,575.18**  Copy total here ➔ **$8,575.18**

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) **15-50125-rbk** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. **Copy your total current monthly income from line 14 of Form 22C-1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.** ................................... **$8,287.71**

40. **Fill in any reasonably necessary income you receive for support of dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part 1 of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).     **$604.15**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here................................................................................➔ **$8,575.18**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| 43a. _____ | _____ |
| 43b. _____ | _____ |
| 43c. _____ + | _____ |
| 43d. **Total.** Add lines 43a through 43c.............. | **$0.00** |

Copy 43d here ➔ + _____ **$0.00**

44. **Total adjustments.** Add lines 40 through 43d.........................................➔ **$9,179.33**  Copy total here ➔ − **$9,179.33**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.     **($891.62)**

## Part 3: Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C-1 <br> ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase <br> ☐ Decrease | _____ |
| ☐ 22C-1 <br> ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase <br> ☐ Decrease | _____ |
| ☐ 22C-1 <br> ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase <br> ☐ Decrease | _____ |
| ☐ 22C-1 <br> ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase <br> ☐ Decrease | _____ |

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black; color:white">**Part 4:** **Sign Below**</div>

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X  **/s/ Francisco Sanchez, Jr.**

**Francisco Sanchez, Jr.**

Date **1/28/2015**

   MM / DD / YYYY

X  **/s/ Ericka Lynn Sanchez**

**Ericka Lynn Sanchez**

Date **1/28/2015**

   MM / DD / YYYY

---

Official Form 22C-2          **Chapter 13 Calculation of Your Disposable Income**          page 8

| Debtor 1 | **Francisco** | | **Sanchez, Jr.** | Case number (if known) | **15-50125-rbk** |
| | First Name | Middle Name | Last Name | | |

### 33. Other secured debts (continued):

| Creditor | Collateral | Does payment include taxes or insurance? | Average monthly payment |
| --- | --- | --- | --- |
| **Owners Association Lago Vista** | **Homestead: 8811 Oro Vista, San Anton** | ☑ No ☐ Yes | **$76.67** |